UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD E. FLETCHER,

    Petitioner,

Case No. 1:13-CV-838

v.

HON. GORDON J. QUIST

WILLIE SMITH,

    Respondent.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's October 22, 2013 Report and Recommendation recommending that Petitioner's habeas corpus petition be dismissed as barred by the one-year statute of limitations. The Report and Recommendation was duly served on Petitioner on October 23, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the October 23, 2013 Report and Recommendation (docket no. 5) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

This case is **concluded**.

Dated: November 19, 2013

                                            /s/ Gordon J. Quist
                                          GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE